AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

FILED
OCT 26 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature] DEPUTY CLERK

WESTERN DISTRICT OF TEXAS, EL PASO DIVISIONS.

UNITED STATES OF AMERICA
V.
Ignacio GARCIA-Garcia

EPT EPT-07-0156-1019

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 06-M-4980G

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 18, 2006 in El Paso county, in the Western District of Texas DEFENDANT (s) did, (Track Statutory Language of Offense)

An alien who had been previously removed from the United States and who had not received the consent of the Attorney General of the United States to reapply for admission into the United States, was found in the United States in the Western District of Texas, being willfully in the United States unlawfully

in violation of Title 8 United States Code, Section(s) 1326(a)(1)

I further state that I am a (n) Prosecutions Officer Senior Patrol Agent (Official Title) and that this complaint is based on the following facts:

The DEFENDANT, Ignacio GARCIA-Garcia, an alien to the United States and a citizen of Mexico, claims to have entered the United States from the Republic of Mexico on October 18, 2006, approximately 1.0 miles west of the Ysleta Port of Entry in El Paso, Texas. The area where the DEFENDANT entered, is a place not designated as a Port of Entry by Immigration Officers and is in the Western District of Texas.

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

[signature]
Signature of Complainant
Anthony C. Straight

Sworn to before me and subscribed in my presence,

October 26, 2006
Date

El Paso, Texas
City and State

Norbert J. Garney
United States Magistrate Judge
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Ignacio GARCIA-Garcia

EPT EPT-07-0156-1019

October 26, 2006

FACTS (CONTINUED)

On 10/18/2006 at approximately 7:00 P.M. Border Patrol Agent Michael A. Binkley was conducting line watch operations near the Ysleta Port of Entry in El Paso, Texas. The Ysleta Border Patrol Station Camera Operator advised that he had several subjects approximately 1 mile west of the Ysleta Port of Entry. Agent Binkley responded to the area and began a search of the immediate area, where he encountered four subjects hiding in an irrigation ditch just north of the Rio Grande River. All subjects were wet and muddy from the waist down. Agent Binkley identified himself as a Border Patrol Agent and questioned all subjects as to their citizenship. All subjects admitted to being Mexican nationals by virtue of birth in Mexico. Subjects further stated that they all had just crossed illegally into the United States by wading across the Rio Grande River. None of the Subjects had any valid immigration documents, which would allow them to enter, be in or remain in the United States legally. The area where the subjects entered the United States is not a designated Port of Entry, is in the Western District of Texas therefore, they were not inspected or examined by an Immigration Officer. All subjects (one of which was later identified as DEFENDANT GARCIA-Garcia, Ignacio) were taken into custody and transported to the Ysleta Port of Entry for processing.

All subjects were enrolled into the ENFORCE/IDENT/IAFIS system. DEFENDANT GARCIA was identified by his fingerprints and returned with a blue and yellow line alert indicating possible immigration and criminal history. Agent Binkley read DEFENDANT GARCIA his rights as per form I-214s which he acknowledged he understood by sign form I-214s. DEFENDANT GARCIA did admit to being previously deported but refused to give any further information without the presence of a lawyer. Immigration and criminal records checks were conducted through El Paso Border Patrol Radio Dispatch and showed that DEFENDANT GARCIA had several prior removals.

IMMIGRATION HISTORY: Positive.

1)Arrested 8/25/1992
  Agency-Border Patrol, El Paso, Texas
   Charge 1-Deportation Proceedings
   Removed on 09/08/1992 through El Paso, Texas.

2)DACS-DEPORTED ELP-Removed 3/19/1996
3)DACS-EXCLUDED ELP-Removed 12/14/2000.
4)DACS-EXCLUDED ELP-Removed 9/14/2005.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Ignacio GARCIA-Garcia

EPT EPT-07-0156-1019

October 26, 2006

FACTS (CONTINUED)

CRIMINAL HISTORY:Positive.

1)Arrested 2/27/1996
Agency-Border Patrol El Paso, Texas
Charge 1-8 USC 1326 (a)(1) and (2)
Served 15 Days and Removed on 03/19/1996

2)Arrested 6/11/2000
Agency-Border Patrol, El Paso, Texas
Sentenced to 6 Months and Removed on 12/14/2000.

3)Removed on 09/14/2005 out of El Paso, Texas after entering through Santa Teresa, New Mexico on October 2004.

4)Arrested or received on 8/23/1992
Agency-Otero County, New Mexico
Charge 1-Battery (Domestic Violence)
Disposition-Pled Guilty and released to U.S. Border Patrol for Deportation Proceedings.

WANTS AND WARRANTS: Negative